USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
VICTOR BAHENA, et al. :
:
                    Plaintiffs, :
: 15-CV-1507 (VSB)
        -v- :
: ORDER
:
PARK AVENUE SOUTH MANAGEMENT :
LLC, et al., :
:
                    Defendants. :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiffs' letter, dated February 12, 2016. (Doc. 91.) In light of the fact that the parties have failed to submit a proposed briefing schedule for Plaintiffs' motion for conditional certification of a collective action, (Doc. 88), I hereby set the following deadlines: Defendants shall file their response brief on or before February 26, 2016, and Plaintiffs shall file their reply (if any) on or before March 11, 2016.

      The parties are directed to appear telephonically for a conference to discuss the remaining discovery disputes on February 24, 2016 at 11:30am. Counsel for Plaintiffs is directed to provide the Court with one dial-in number and one meeting code that all of the parties will use for the telephone conference. The parties shall submit a joint letter by February 19, 2016 setting forth, with specificity, the requested discovery that each dispute involves and the parties' respective positions as to each.

SO ORDERED.

Dated:    February 17, 2016
             New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge