

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Richard L. Steer
Partner
(212) 216-8070
rsteer@tarterkrinsky.com

February 19, 2016

**VIA ECF**
Hon. Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re: *Vicente Bahena, et al. v. Park Avenue South Management LLC, et al.*
**Case No. 15-cv-1507 (VSB)**

Dear Judge Broderick:

We are outgoing counsel for Defendants Park Avenue South Management LLC, Gilanco Holdings LLC, 2500 ACP Partners LLC, Amsterdam Realty Partners LLC, Emo Realty Partners LLC, Maurice McKenzie, and Edward Ostad in the above-referenced action.

We write to advise the Court that Gilanco Holdings LLC is in the process of identifying and retaining new counsel.

As such, on behalf of Gilanco Holdings LLC, we write to join in the requests submitted by incoming counsel for Defendants Park Avenue South Management LLC, 2500 ACP Partners LLC, Amsterdam Realty Partners LLC, Emo Realty Partners LLC, Maurice McKenzie, and Edward Ostad (Docs. 95-96) seeking a stay of deadlines for sixty (60) days.

Respectfully submitted,
**TARTER KRINSKY & DROGIN LLP**

By:   s/ Richard L. Steer
      Richard L. Steer

cc: All Counsel of Record (via ECF)

01072698.DOCX